IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

VS.　　　　　　　　NO. 4:11CR00038-1 SWW

WILLIAM D. MARSHALL

### **ORDER**

Federal Public Defender Latrece Gray has filed a Motion to Withdraw (docket entry #41) due to an "actual conflict of interest," and requests the appointment of substitute counsel for Defendant. The Government has informed the Court that it does not object. The Court will grant the Motion and appoint substitute counsel from the CJA Panel.

IT IS THEREFORE ORDERED THAT Ms. Gray's Motion to Withdraw (docket entry #41) is GRANTED. Ms. Gray is hereby removed as Defendant's attorney of record, and Mr. Jerome Edward Larkowski, Post Office Box 7348, Little Rock, AR 72217, 501-663-5533, JerryLarkowski@aol.com is APPOINTED to represent Defendant in this matter.

Dated this 4th day of December, 2012.

                                                                                                              
UNITED STATES MAGISTRATE JUDGE